IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:26-CR-00006-D-RJ-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| | ) | **ORDER TO SEAL** |
| | ) | Dockett No. 42 |
| | ) | |
| ROBERT DILLON ROCHA, | ) | |

On the motion of the Defendant, Robert Rocha, and for good cause shown, it is ORDERED that Docket Entry 42 in this matter be sealed until further notice of this Court. The grounds for this Order are found at Docket Entry 42.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by this Court.

SO ORDERED, this the 10 day of September 2026.

J. Dever

James C. Dever III
United States District Court Judge